**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD W. MOON, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )  2:14-cv-2140-APG-GWF |
| JAMES COX et al., | )<br>)  **ORDER** |
| Defendants. | )<br>) |
| _____ | ) |

**I.   DISCUSSION**

On June 8, 2015, this Court entered a screening order granting Plaintiff 30 days from the date of that order to file an amended complaint. (ECF No. 15 at 7). On June 29, 2015, Plaintiff filed a motion for an extension of time to file his amended complaint because he never received a copy of that screening order. (ECF No. 20 at 1). On June 30, 2015, the Clerk of the Court sent Plaintiff a copy of this Court's June 2, 2015 and June 8, 2015 orders along with a 42 U.S.C. § 1983 form complaint, instructions, and a copy of Plaintiff's complaint. The Court grants Plaintiff's motion for an extension of time to file his amended complaint. Plaintiff shall file his amended complaint in compliance with this Court's June 8, 2015 screening order (ECF No. 15) within 30 days from the date of this order.

///

///

///

///

///

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 20) is granted.  Plaintiff shall file his amended complaint in compliance with this Court's screening order (ECF No. 15) within 30 days from the date of this order.

DATED: This 1st day of July, 2015.

_____
United States Magistrate Judge