**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD W. MOON, | )<br>) |
| Plaintiff, | )  Case No. 2:14-cv-02140-APG-GWF<br>) |
| vs. | )  **ORDER**<br>) |
| JAMES COX. et al., | )<br>) |
| Defendants. | )<br>) |

This matter is before the Court on Plaintiff's Motion for Extension of Time to File Amended Complaint (#24), filed on July 17, 2015. This matter is also before the Court on Plaintiff's Motion for Extension of Copywork Limit (#22), filed on July 6, 2015.

Plaintiff moves to extend the deadline for filing an amended complaint. Plaintiff is required to file an amended complaint by July 31, 2015. Plaintiff represents that he still has not received a copy of the Court's Screening Order (#15), and is unable to properly prepare an amended complaint. On July 13, 2015, the Plaintiff was mailed a copy of the screening order (#15), along with Court's Order #14, a 42 U.S.C. § 1983 form, and instructions for that form. Because the Plaintiff will need additional time to prepare the amended complaint upon receiving these documents, the Plaintiff has sufficiently established good cause for the extension.

Plaintiff moves for an extension of his copywork limit by $350.00. Plaintiff represents that he is currently unable to make copies of his legal documents because he has surpassed the $100.00 copywork limit by $250.00. Plaintiff represents that he needs an extension to continue litigation, but does not indicate how he amassed $250.00 in debt, or why he needs an additional $100.00. The Court will therefore deny the Plaintiff's motion without prejudice. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to File Amended Complaint (#24) is **granted**. Plaintiff shall file an amended complaint no later than **August 31, 2015**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Extension of Copywork Limit (#22) is **denied** without prejudice.

**DATED** this 21st day of July, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge