# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD W. MOON, | ) |
| Plaintiff, | ) Case No. 2:14-cv-02140-APG-GWF |
| vs. | ) **ORDER** |
| JAMES COX. et al., | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion for Leave to File a Larger than Normal Complaint (#26), filed on August 5, 2015. This matter is also before the Court on Plaintiff's Motion to Extend Prison Copywork Limit (#29), filed on August 10, 2015.

**I.   Motion for Leave to File a Larger than Normal Complaint**

Plaintiff has previously been given permission to file a complaint that is longer than normal. *See* Screening Order (#15), p. 7. Plaintiff's motion is therefore moot.

**II.   Motion to Extend Prison Copywork Limit**

Plaintiff moves to extend his prison copywork limit. He represents that he has reached the $100.00 limit, and that the Nevada Department of Corrections will not allow him any further copywork without a Court order. In his prior Motion to Extend Prison Copywork Limit (#22), the Plaintiff requested an extension of the limit by $350.00. The Court denied the Plaintiff's request because he did not explain how he amassed a debt of $250.00, and did not explain why he required an additional extension of $100.00 on top of paying off his debt. *See* Order (#25). In the instant Motion (#29), Plaintiff does not mention this debt, explain how it was accrued, or offer any reason that he requires $100.00 on top of clearing any debt. The Court will therefore deny the Plaintiff's Motion without prejudice. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File a Larger than Normal Complaint (#26) is **denied** as moot.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Extend Prison Copywork Limit (#29 is **denied** without prejudice.

**DATED** this 13th day of August, 2015.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge