**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

DONALD MOON,

           Plaintiff,

vs.

JAMES COX, *et al.*,

           Defendants.

Case No.: 2:14-cv-2140-APG-GWF

**ORDER OF APPOINTMENT OF COUNSEL**

This case was referred to the Pilot Pro Bono Program ("Program") adopted in General Order 2014-01 for appointment of pro bono counsel for plaintiff Donald Moon. Having been informed that pro bono counsel has been identified and that pro bono representation has been agreed to by Mr. Moon, Travis N. Barrick is hereby appointed as counsel for plaintiff Donald Moon. The scope of appointment is for all purposes through the conclusion of trial. Appointment under the Program does not extend to the appeal, if any, of a final decision. Accordingly,

**IT IS HEREBY ORDERED** that Travis N. Barrick is hereby appointed as pro bono counsel for plaintiff Donald Moon under the United States District Court for the District of Nevada's Pilot Pro Bono Program. The scope of appointment does not extend to the appeal, if any, of a final decision.

**IT IS FURTHER ORDERED** that appointed counsel may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

**IT IS FURTHER ORDERED** that the Clerk of Court shall assign a PROBONO case flag and add Travis N. Barrick to the docket as counsel of record for plaintiff Donald Moon.

**IT IS FURTHER ORDERED** that Travis N. Barrick shall not be charged fees for use of the Court's filing system in this matter for the duration of his/her appointment.

**IT IS FURTHER ORDERED** that within fourteen (14) days after completion legal Travis N. Barrick shall submit a Notice of Completion Form to the Pro Bono Liaison.

Dated:  June 30, 2016.

                                                          Andrew P. Gordon
                                                          UNITED STATES DISTRICT JUDGE