**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAMES COX, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:14-cv-2140-APG-GWF<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND DENYING MOTIONS FOR JUDGMENT**<br><br>(ECF Nos. 47, 49, 52) |

　　　　IT IS ORDERED that plaintiff John Doe's unopposed motion for leave to file a second amended complaint **(ECF No. 52) is GRANTED**.

　　　　IT IS FURTHER ORDERED that plaintiff John Doe shall file the second amended complaint as required under Local Rule 15-1 within 10 days of the date of this order.

　　　　IT IS FURTHER ORDERED that the defendants' motions for judgment **(ECF Nos. 47, 49)** that were directed at the prior version of the complaint **are DENIED without prejudice**.

　　　　DATED this 8th day of September, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE