ADAM PAUL LAXALT
  Attorney General
Frank A. Toddre II (Bar. No. 11474)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
(702) 486-3149 (phone)
(702) 486-3773 (fax)
ftoddre@ag.nv.gov

Attorneys for Defendants Romeo Aranas,
Bruce Bannister, James Cox, Sheryl Foster,
Ira Hollingsworth, Roy Hookham,
Nevada Board of State Prison Commissioners,
Nevada Department of Corrections,
Dwight Neven, and Brian Williams

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Plaintiff(s), | CASE NO. 2:14-cv-02140-APG-GWF |
| Plaintiff(s), | **STIPULATION TO CONTINUE ANSWER RESPONSE DEADLINE** |
| vs. | |
| Defendant(s), | |
| Defendant(s). | |

Plaintiff Donald Moon, by and through Counsel, Travis Barrick, Esq., and Defendants Sheryl Foster, Romeo Aranas, Bruce Bannister James Cox, Ira Hollingsworth, Roy Hookham, Dwight Neven, Brian Williams, Nevada Board of State Prison Commissioners, Nevada Department Of Corrections, by and through Counsel, Adam Paul Laxalt, Nevada Attorney General, and Frank A. Toddre II, Deputy Attorney General, hereby stipulate and agree to continue the responsive deadline for Defendants to respond to Plaintiff's Second Amended Complaint from September 19, 2016, until September 30, 2016. This is the Second Stipulation to an extension of scheduling order. The parties had previously extended the discovery plan/scheduling order after Mr. Barrick's appointment to the above matter. The parties have an informal settlement conference with NDOC representatives set for September 22, 2016.

Based on the foregoing, the parties hereby stipulate to continue the existing discovery plan/scheduling order deadline from September 19, 2016, until September 30, 2016. All remaining deadlines shall remain the same.

DATED September 15, 2016.                     DATED September 21, 2016.

GALLIAN WELKER &                              ADAM PAUL LAXALT
BECKSTROM, L.C.                               Nevada Attorney General


By: /s/ Travis Barrick                        By: /s/ Frank A. Toddre II
Travis Barrick, Esq.                          Frank A. Toddre II (NV Bar No. 11474
Nevada Bar No. 9257                           Deputy Attorney General
540 E. St. Louis Avenue                       Office of the Nevada Attorney General
Las Vegas, Nevada 89104                       555 E. Washington Avenue, Suite 3900
*Attorney for Plaintiff*                      Las Vegas, Nevada 89101
                                              Attorneys for Defendants
                                              Sheryl Foster, Romeo Aranas, Bruce
                                              Bannister James Cox, Ira Hollingsworth,
                                              Roy Hookham, Dwight Neven, Brian
                                              Williams, Nevada Board of State Prison
                                              Commissioners, Nevada Department
                                              Of Corrections

**ORDER**

Dated: __September 23__, 2016

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE