ADAM PAUL LAXALT
  Attorney General
Frank A. Toddre II (Bar No. 11474)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
(702) 486-3149 (phone)
(702) 486-3773 (fax)
ftoddre@ag.nv.gov

Attorneys for Defendants Romeo Aranas,
Bruce Bannister, James Cox, Sheryl Foster,
Ira Hollingsworth, Roy Hookham,
Nevada Board of State Prison Commissioners,
Nevada Department of Corrections,
Dwight Neven, and Brian Williams

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DONALD MOON,

      Plaintiff,

vs.

JAMES COX, *et al.,*

      Defendants.

---

DONALD J. BOGOTAITIS,

      Plaintiff,

vs.

STATE OF NEVADA, ex rel, the BOARD
OF COMMISSIONERS, *et al.,*

      Defendants.

CASE NO. 2:14-cv-02140-APG-GWF

**STIPULATION AND ORDER TO
EXCUSE INDIVIDUAL DEFENDANTS
FROM SETTLEMENT CONFERENCE**

Consolidated with Case No. 2:16-cv-02082-APG-PAL

      The parties, via counsel, hereby request this Court excuse the personal attendance of certain individual Defendants for the Settlement Conference in the above named case. The parties submitted a Stipulation and Order to Extend Discovery and Requested a Settlement Conference on or about June 13, 2017. (ECF No. 76).

Magistrate Judge Foley Ordered a telephonic appearance to clarify the stipulation. (ECF No. 76). The Court set the Settlement Conference for September 15, 2017 at 9:00 AM, based upon the conference and subsequent discussion between Chambers and Counsel.

In the initial Stipulation (ECF No. 76) the parties requested that certain Defendants be excused. Defendants Bruce Bannister, James Cox, and Sheryl Foster are all retired and no longer reside in Las Vegas.  The parties submitted that these Defendants did not have current knowledge as to the revised Housing policy, and agreed that their presence is not necessary for successful negotiations, and additionally the cost to fly these persons to Las Vegas was cost prohibitive.

During the telephonic appearance, Frank Toddre II, counsel for the Defendants raised an oral motion requesting that these three individuals be excused from attending the Conference.  Plaintiff Counsel Travis Barrick advised on the record that he did not object to these individuals being excused from attending the conference in person.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

The Order setting the Settlement Conference did not contain any specific language excusing the personal attendance of these parties. As such, in an abundance of caution the parties submit this Stipulation and Order excusing the personal attendance of James Cox, Sheryl Foster, and Dr. Bruce Bannister.

DATED: July 7, 2017.                          DATED: July 7, 2017.


GALLIAN WELKER &                              ADAM PAUL LAXALT
BECKSTROM, L.C.                               Nevada Attorney General



By: /s/ Travis N. Barrick                     By:  /s/ Frank A. Toddre II
Travis N. Barrick, Esq.                       Frank A. Toddre II (NV Bar No. 11474)
Nevada Bar No. 9257                           Deputy Attorney General
540 E. St. Louis Avenue                       Office of the Nevada Attorney General
Las Vegas, Nevada 89104                       555 E. Washington Avenue, Suite 3900
*Attorney for Plaintiffs*                     Las Vegas, Nevada 89101
*In conjunction with the Pro Bono*
*Program and the Legal Aid Center*            Attorneys for Defendants
*Of Southern Nevada*                          Sheryl Foster, Romeo Aranas, Bruce
                                              Bannister, James Cox, Ira Hollingsworth,
                                              Roy Hookham, Dwight Neven, Brian
                                              Williams, Nevada Board of State Prison
                                              Commissioners, Nevada Department
                                              of Corrections

## ORDER:

GOOD CAUSE APPEARING, it is SO ORDERED, that Defendants Sheryl Foster, Bruce Bannister, and James Cox be excused from attending the September 15, 2017 Settlement Conference.

DATED this __13th__ day of July 2017.


_George Foley Jr._
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA