ADAM PAUL LAXALT
Attorney General
Frank A. Toddre II (Bar No. 11474)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
(702) 486-3149 (phone)
(702) 486-3773 (fax)
ftoddre@ag.nv.gov

Attorneys for Defendants Romeo Aranas,
Bruce Bannister, James Cox, Sheryl Foster,
Ira Hollingsworth, Roy Hookham,
Nevada Board of State Prison Commissioners,
Nevada Department of Corrections,
Dwight Neven, and Brian Williams

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD MOON,<br><br>     Plaintiff,<br><br>vs.<br><br>JAMES COX, *et al.*,<br><br>     Defendants. | CASE NO. 2:14-cv-02140-APG-GWF<br><br>**STIPULATION AND ORDER REGARDING MOTION TO PRODUCE AND PERSONNEL ATTENDANCE AT SETTLEMENT CONFERENCE**<br><br>Consolidated with Case No. 2:16-cv-02082-APG-PAL |
| DONALD J. BOGOTAITIS,<br><br>     Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex rel, the BOARD OF COMMISSIONERS, *et al.*,<br><br>     Defendants. | |

The parties, via counsel, hereby submit the instant stipulation and order to satisfy Plaintiff's Motion for Order to Produce (ECF No. 82) and to excuse the personal attendance of Warden Dwight Neven from attending the Settlement Conference set for September 15, 2017. (ECF No. 80).

## I. Stipulation Regarding Motion to Produce

Plaintiffs' Counsel filed a Motion to Produce requesting that NDOC provide a subject matter expert from Offender Management Division ("OMD") to be present at the Settlement Conference. The parties held a meet and confer, and Counsel for Defendants advised that it did not have the authority to compel anyone from OMD to attend the settlement conference at that time, because OMD was not a named party to the action. Mr. Toddre advised that he would attempt to seek the requisite permission needed from NDOC and OMD in order to stipulate to Mr. Barrick's request.

OMD has authorized that non-party Shelly Williams attend the Settlement Conference. Ms. Williams is producing an audit report for each Plaintiff's good time credit; Defendants will informally produce the audit to Mr. Barrick prior to the Settlement Conference.

## II. Stipulation Regarding Dwight Neven Personal Attendance

The parties also stipulate to excuse the attendance of Warden Dwight Neven, whom currently serves as Warden for Florence McClure Women's Correctional Center. NDOC advised that its operational capacity would be substantially burdened if two current Wardens were required to attend the same conference.

The lawsuit names Warden Brian Williams, the current Warden of High Desert State Prison and former Warden at Southern Desert Correctional, and Dwight Neven, who served as Warden of High Desert State Prison at the onset of litigation.

Warden Williams has since overseen the revisions of housing policies in the men's prisons that are relevant to the instant matter. The parties agree that Williams likely has more current and pertinent knowledge to the revision of housing policies in the men's prisons subject to the instant litigation.

///
///
///
///

Accordingly, the parties agree that Shelly Williams will attend the Settlement Conference on behalf of OMD, and that Dwight Neven shall be excused from personally attending the Settlement Conference. To the extent necessary, Plaintiffs agree that its Motion to Produce may be vacated as moot.

DATED: July 25, 2017.                                           DATED: July 25, 2017.

GALLIAN WELKER &                                                ADAM PAUL LAXALT
BECKSTROM, L.C.                                                 Nevada Attorney General

By: /s/ Travis N. Barrick                                       By: /s/ Frank A. Toddre II
Travis N. Barrick, Esq.                                         Frank A. Toddre II (NV Bar No. 11474)
Nevada Bar No. 9257                                             Deputy Attorney General
540 E. St. Louis Avenue                                         Office of the Nevada Attorney General
Las Vegas, Nevada 89104                                         555 E. Washington Avenue, Suite 3900
*Attorney for Plaintiffs*                                       Las Vegas, Nevada 89101
*In conjunction with the Pro Bono*                              Attorneys for Defendants
*Program and the Legal Aid Center*                              Sheryl Foster, Romeo Aranas, Bruce
*Of Southern Nevada*                                            Bannister, James Cox, Ira Hollingsworth,
                                                                Roy Hookham, Dwight Neven, Brian
                                                                Williams, Nevada Board of State Prison
                                                                Commissioners, Nevada Department
                                                                of Corrections

## ORDER:

GOOD CAUSE APPEARING, it is SO ORDERED, that Plaintiffs' Motion to Produce be vacated as moot, and that Shelly Williams shall appear on behalf of the State of Nevada's Offender Management Division.

IT IS FURTHER ORDERED, that Defendants Dwight Neven be excused from attending the September 15, 2017 Settlement Conference.

DATED this  31st  day of July 2017.

_George Foley Jr._
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA